No. 1422. MORGAN ET AL. *v.* GILMAN. June 16, 1947. The petition for writ of certiorari to the Supreme Court of Florida is dismissed on motion of counsel for the petitioners. *Tim J. Campbell* for petitioners.

No. 987. TWYEFFORT, INC. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. See *post,* p. 851.

No. 145, Misc. EX PARTE MCCORMICK. June 16, 1947. The motion for leave to file petition for writ of habeas corpus is denied.

No. 700. BORG-WARNER CORP. ET AL. *v.* GOODWIN ET AL. June 16, 1947. The motion for leave to file a second petition for rehearing is granted.

No. 466. GREENBERG *v.* CALIFORNIA.

June 23, 1947. *Per Curiam:* The judgment is affirmed. *Adamson* v. *California,* 332 U. S. 46, decided this day. *Morris Lavine* for appellant. *Robert W. Kenny,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for appellee.